UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CHARLES MITCHELL III**            **CASE NO.  2:21-CV-00669**

**VERSUS**                          **JUDGE JAMES D. CAIN, JR.**

**U S A A GENERAL INDEMNITY CO**    **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Considering the Motion to Dismiss for Lack of Jurisdiction [doc. 30] filed by defendant USAA General Indemnity Company ("USAA-GIC"), in which it demonstrates that this court lacks diversity jurisdiction under 28 U.S.C. § 1332, as well as the response by plaintiff stating that he does not oppose USAA-GIC's motion, the court finds that the Motion [doc. 30] should be **GRANTED**. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 3rd day of April, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**